IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | Docket No.   13-4602 |
| vs. ) | |
| ) | |
| JUNIOR PARDUE, ) | |
| ) | |
| Defendant-Appellant. ) | |

## MOTION FOR
## ENLARGEMENT OF TIME TO FILE APPELLANTE'S BRIEF

NOW COMES, Appellant Junior Pardue, by and through counsel, and hereby respectfully moves this Honorable Court for an enlargement of time within which to file Appellant's Brief in the above-referenced case for the following reason:

Appellant's brief and joint appendix are due to this Honorable Court on November 12, 2013. This attorney had other Court matters this week, including argument in Raleigh, North Carolina on November 8, 2013 and therefore this attorney would respectfully request an enlargement of time to submit appellant's joint appendix and brief.

Thus, despite counsel's best efforts to abide by the current November 12, 2013 deadline, the undersigned counsel requests the court grant a 30 day enlargement of time, up to and including December 12, 2013, to file Appellant's brief in this matter due to the above circumstance.

WHEREFORE, the undersigned prays the Court as follows:

1.     That this Honorable Court grant Appellant's motion for a thirty day enlargement of time, up to and including December 12, 2013, to file Appellant's Brief in this matter.

2.     For such other and further relief as the Court may deem just and proper.

This the 6th day of November 2013.

        Respectfully submitted,

        s/D. Baker McIntyre III
        N.C. Bar #19168
        200 E. Woodlawn Road, Suite 118
        Charlotte, NC   28217
        Telephone: 704/522-8001
        Fax #704/522-0533
        Attorney for Appellant

## CERTIFICATE OF SERVICE

        The undersigned Attorney hereby certifies that he served a copy of the foregoing upon the United States Attorney at 1700 Carillon Building, 227 W. Trade St., Charlotte, NC 28202, by depositing same in the United States Mail, postage prepaid, ECF or by hand delivery, to the address indicated above.

        This the 6th day of November 2013.

        s/D. Baker McIntyre III
        N.C. Bar #19168
        200 E. Woodlawn Road, Suite 118
        Charlotte, NC   28217
        Telephone: 704/522-8001
        Fax #704/522-0533
        Attorney for Appellant